

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD FORT,<br><br>    Plaintiff,<br>v.<br><br>OPTIONS CENTRAL COAST NEUROBEHAVIOR CENTER, INC,<br><br>    Defendant. | NO. C 07-4890 RS<br><br>**ORDER TRANSFERRING CASE** |

The caption of the Complaint herein states that the action is being brought in the Central District of California, Western Division. The typed word "Western," however, is crossed out and replaced with a handwritten "Northern." No "Northern" division of the Central District exists. Review of the complaint and its attachments reveals that both plaintiff and defendant are domiciled in San Luis Obispo County, which is part of the Western Division of the Central District. Thus, it appears that the original caption was correct, and that the filing in this District (the Northern District of California) was inadvertent error. Good cause appearing, it is hereby ordered that this action be transferred to the Western Division of the Central District of California.

IT IS SO ORDERED.

Dated: 9/25/07

RICHARD SEEBORG
United States Magistrate Judge

1

1 | **THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

2 | Ronald Fort
P.O. Box 182
3 | Cayucos, CA 93430

4 |

5 | Dated: September 25, 2007

6 |

7 |  _____
Chambers of Magistrate Judge Richard Seeborg